Stephen Montoya (#011791)
**MONTOYA JIMENEZ, P.A.**
The Great American Tower
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012
(602) 256-6718
(fax) 256-6667
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cruz Young, plaintiff, vs. Columbia Sussex Corp., doing business as the Phoenix Airport Marriott Hotel, defendant. | No. **COMPLAINT** (Jury Trial Demanded) |

For her Complaint against Defendant, Plaintiff alleges the following:

1. This is an action seeking money damages and equitable relief for racial discrimination, gender discrimination, and retaliation in the workplace brought by Ms. Cruz Young against Columbia Sussex Corp., pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (as amended), and the Civil Rights Act of 1866, 42 U.S.C. § 1981 (as amended).

2. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1343(4), and 42 U.S.C. § 2000e.

3. Venue is proper in this District under 28 U.S.C. § 1391(b) and 42 U.S.C. § 2000e-5(f)(3).

4. Ms. Young resides in Maricopa County, Arizona.

5. Ms. Young is female in gender and Dominican in race.

6. Columbia Sussex Corp., ("Defendant") is a corporation doing business in Arizona as

|   |     |   |
|---|-----|---|
| 1 |     | the Phoenix Airport Marriott Hotel at 1101 North 44th Street, Phoenix, Arizona 85008. |

the Phoenix Airport Marriott Hotel at 1101 North 44th Street, Phoenix, Arizona 85008.

7. Ms. Young was employed by Defendant at all times material to this Complaint.

8. During the course of Ms. Young's employment with Defendant, she was subjected to a work environment permeated by unwelcome, offensive racial and gender biased remarks and conduct made by her fellow employees and supervisors.

9. Ms. Young gave Defendant direct, actual notice of the hostile working environment described above.

10. Defendant also had constructive notice of the hostile working environment described above because it pervaded the workplace.

11. Ms. Young did <u>not</u> consent to the discrimination described above and such conduct was unwelcome.

12. Notwithstanding Defendant's actual and/or constructive notice of the discrimination described above, Defendant failed to reasonably investigate and take appropriate remedial actions to correct the discrimination.

13. Rather than taking measures to correct the hostile working environment in the workplace, Defendant's supervisory agents retaliated against Ms. Young for making her complaints of discrimination.

14. Defendant's discriminatory treatment of Ms. Young had a substantial detrimental impact on her job performance and on her mental and physical health.

15. Defendant's conduct as described above was reckless, intentional, and outrageous and resulted in extreme emotional distress to Ms. Young.

16. Based on the foregoing misconduct of Defendant, Ms. Young filed a timely Charge of Discrimination against Defendant with the United States Equal Employment Opportunity Commission (the "EEOC") on November 30, 2007. <u>See</u> attached Exhibit A.

17. Ms. Young has satisfied all of the requirements for initiating this action by exhausting her administrative remedies with the EEOC and by filing this Complaint within ninety-days of her receipt of a Right to Sue Letter by the EEOC.

18. Pursuant to Rule 38 (b) of Federal Rules of Civil Procedure, Ms. Young hereby exercises her right to demand a trial by jury.

**WHEREFORE**, Plaintiff respectfully requests the Court to:

A. Issue a judgment declaring that the conduct of Defendant as described above violated Ms. Young's rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended, and the Civil Rights Act of 1870, 42 U.S.C. § 1981, as amended;

B. Issue preliminary and permanent injunctions against Defendant enjoining them from committing similar unlawful acts in the future;

C. Issue a judgment awarding Ms. Young nominal, compensatory, and punitive damages against Defendant in amounts to be determined at trial;

D. Issue a judgment awarding Ms. Young her reasonable costs and attorney fees against Defendant pursuant to 42 U.S.C. § 2000e 42 U.S.C. § 1988 and any other applicable law; and

E. Issue a judgment awarding Ms. Young all other relief that is just and proper against Defendant under the circumstances.

Respectfully submitted this 18th day of July 2008.

**MONTOYA JIMENEZ**
A Professional Association

*Stephen Montoya*
Stephen Montoya
3200 North Central Avenue, Ste. 2550
Phoenix, Arizona 85012-2490
Attorney for Plaintiff

I hereby certify that on July 18, 2008,
I electronically transmitted the attached document to
the Clerk's Office using the CM/ECF System for filing.

*Stephen Montoya*

- 3 -